IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Richard M. Campbell,                          )
                                              )
            Plaintiff,                        )          Case No. 8:10-cv-01642-RMG
                                              )
      v.                                      )          ORDER
                                              )
Commissioner of Social Security               )
Administration,                               )
                                              )
            Defendant.                        )
_____ )

Plaintiff filed this action seeking judicial review of a final decision of Defendant

Commissioner of Social Security denying Plaintiff's application for benefits. In accordance with

28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to a United States

Magistrate Judge for pretrial handling. As detailed herein, this Court adopts the Report and

Recommendation of the Magistrate Judge.

The Magistrate Judge recommended reversing and remanding this matter to the ALJ for

further administrative proceedings. (Dkt. No. 23.) The deadline to file objections to the Report

and Recommendation was June 27, 2011. Neither party has filed objections.

The Magistrate Judge makes only a recommendation to this court. The recommendation

has no presumptive weight, and the responsibility to make a final determination remains with the

court. See Mathews v. Weber, 423 U.S. 261 (1976). The court is charged with making a *de novo*

determination of any portion of the Report of the Magistrate Judge to which a specific objection

is made. The court may accept, reject, or modify, in whole or in part, the recommendation made

Page 1 of 2

by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. See 28 U.S.C. § 636(b).

Having conducted a review of the Magistrate's report for any errors of law and finding none, this Court adopts the R&R of the Magistrate Judge as the Order of this Court and incorporates it by reference herein. Thus, based on the above and the grounds set forth in the Magistrate Judge's R&R, this matter is **REVERSED** pursuant to sentence six of 42 U.S.C. § 405(g) and **REMANDED** the ALJ for further consideration.

**AND IT IS SO ORDERED.**

The Honorable Richard Mark Gergel
United States District Judge

**Charleston, South Carolina**
**June 28, 2011**